# UNITED STATES of America, Plaintiff–Appellant,

v.

## John Lee WALLEY, Jr., Defendant–Appellee.

No. 06–20053
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Jan. 3, 2007.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office Southern District of Texas, Houston, TX, for Plaintiff–Appellant.

Kevin Matthew Hall, Houston, TX, for Defendant–Appellee.

Before JONES, Chief Judge, and KING and DAVIS, Circuit Judges.

PER CURIAM: *

John Lee Walley, Jr., federal prisoner # 83822–079, appeals the district court's revocation of his supervised release and imposition of a 24–month term of imprisonment. *See* 18 U.S.C. § 3583(g). Walley argues that the district court erred in not imposing substance-abuse treatment pursuant to 18 U.S.C. § 3583(d) in lieu of incarceration. In sentencing Walley, the district court considered his previous failed attempt to participate in drug treatment. Walley committed several violations of the conditions of his supervised release in addition to failing a drug test, which renders

him ineligible for discretionary relief. *See* 18 U.S.C. § 3583(d).

Walley has not argued that the length of his sentence is either unreasonable or plainly unreasonable. *See United States v. Hinson,* 429 F.3d 114, 120 (5th Cir.2005), *cert. denied,* —— U.S. ——, 126 S.Ct. 1804, 164 L.Ed.2d 540 (2006). Accordingly, there was no error in the district court's revocation of supervised release and imposition of a 24 month term of imprisonment.

AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.